AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DEANGELO TYRONE JENKINS<br>DOB: xx/xx/xxxx-PDID: xxx-xxx | )<br>)<br>)<br>)<br>)<br>)<br>) |

*Defendant(s)*

Case: 1:21−mj−00583
Assigned To : Harvey, G. Michael
Assign. Date : 8/31/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 29, 2021_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, ammunition, and did receive ammunition, which had been shipped and transported in interstate and foreign commerce, that is, 9mm ammunition. |
| 22 D.C. Code § 4503(a)(1) | (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Margodane Vanriel, Officer, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: _____08/31/2021_____

*Judge's signature*

City and state: _____Washington, DC_____      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*